NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. MOSINSKI,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2024-1333

---

Petition for review of the Merit Systems Protection Board in No. CH-0842-21-0268-I-1.

---

**ON MOTION**

---

**O R D E R**

David A. Mosinski informs the court that he wishes to withdraw this petition for review, which the court construes as a motion to voluntarily dismiss pursuant to Federal Rule of Appellate Procedure 42(b). The Office of Personnel Management consents to the dismissal, with each party to bears its own cost.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                                          MOSINSKI v. OPM

    (1)  The petition is dismissed.

    (2)  Each party shall bear its own costs.

FOR THE COURT



February 21, 2024
       Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  February 21, 2024